893 F.2d 1333
 U.S.
v.
Rosa (Joseph F.), Kostrick (William A.), Antonelli (Martin),
Campbell (Daniel), Connelly (Paul, Jr.), Dadamo (William),
'Machine Gun Tony', Davis (Vivian), Diaz (Jorge), Gates
(William), 'Butch', George (Donna, Susan), Ily (Raymond),
Jones (Gary), 'Spanky', Linn (Larry), Luketic (James),
'Lukey', Marchitello (Victor), Naugle (Richard), Nicklow
(Mark), Noble (Robert), O'Connor (Timothy), Perrino (Perry),
Plisco (Ronald),'Sam Catalano', 'Fat Sam', Readel
 NO. 89-3273
 United States Court of Appeals,
Third Circuit.
 DEC 26, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 VACATED.